UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | Case No. 12-cr-12 (JDB) |
| SIMON A. DILLON | : | |

JOINT STATUS REPORT

Simon A. Dillon, by and through counsel, Christopher M. Davis, and the United States, by and through the United States Attorney for the District of Columbia, submit this Joint Status Report pursuant to the Court's Order of January 15, 2015.

Mr. Dillon is charged with allegedly making threats against the President of the United States in violation of 18 U.S.C. § 871. Following a *Sell* hearing on April 17 and argument on April 26, 2013, this Court issued an order on May 6, 2013 that Mr. Dillon be forcibly medicated. That decision was appealed and upheld by the United States Court of Appeals for the District of Columbia Circuit.

On April 18, 2014, medical personnel at Butner FMC began to medicate Simon Dillon with Risperdal pursuant to the Court's May 6, 2013, Order. Mr. Dillon agreed to take the medication orally, rather than be forcibly injected.[1] At a hearing on September 5, 2014, the defense objected to the continued forced use of antipsychotic medications, arguing that there has been no improvement since the medication was started and that Mr. Dillon continued to exhibit

[1] Mr. Dillon agreed to take the mood-stabilizing drug Depakote beginning in April 2014. However, he refused to continue to take it beginning on November 18, 2014, when the Risperdal dose was increased to 8 mg. Despite the fact he is no longer was taking the mood stabilizer, there has been no change in his affect as of the date of the last Status Report. *See* Butner Report dated 12/30/14 at p. 2.

delusional thinking. Mr. Dillon, through counsel, filed a Motion for Discharge (ECF Doc 61) and the government filed its opposition on November 5, 2014 (ECF Doc 62). In his Motion for Discharge, Dillon reserved his right to supplement the motion after Dr. Ratner (the defense expert) reviewed the records.

In reviewing Mr. Dillon's records, Dr. Ratner has opined that a different antipsychotic medication should be tried before concluding that Mr. Dillon cannot be restored to competency. Mr. Dillon's treatment team at Butner agrees that another antipsychotic medication should be tried before any conclusion can be reached that Mr. Dillon's competency cannot be restored to competency. Mr. Dillon's treatment with a second antipsychotic medication, Haldol, began on December 19, 2014, and is ongoing.

On January 15, 2015, this Court ordered the parties to confer and file a status report proposing a schedule for the completion of briefing on the defendant's motion for discharge. Assuming that the Haldol trial is complete by February 20, 2015[2] and that the defendant's proposed supplemental filing is not otherwise barred by 18 U.S.C. §4247(h),[3] the parties propose the following schedule for the briefing of that motion:

| | |
|---|---|
| Simon Dillon's Supplemental Motion | February 20, 2015 |
| Government's Response | March 6, 2015 |

2 The government reserves the right to assert in response to the defendant's supplemental motion for discharge that it was filed prematurely if in fact the second trial of Haldol is not complete by February 20, 2015. According to Mr. Dillon's treating psychiatrist, Dr. Lucking, it usually takes 6 to 8 weeks to compete a medical trial of Haldol, but it could take as long as 12 to 16 weeks to complete the trial. Mr. Dillon's trial of Haldol began on December 19, 2014.

3 The government reserves the right to assert in response to the defendant's supplemental motion for discharge that it is time-barred by section 4247(h). To the extent the Court finds that a hearing should not be held until Butner has had a full sixteen weeks to administer the new medication, Mr. Dillon requests that a hearing date be set after April 10, 2014.

Simon Dillon's Reply March 10, 2015

Further, the parties request that a hearing on the defendant's supplemental motion for discharge be held on March 13, 2015.[4]

Respectfully submitted,

/s/_______________________________________
CHRISTOPHER M. DAVIS (No. 385582)
Counsel for Simon A. Dillon

Davis & Davis
1350 Connecticut Avenue, NW Suite 202
Washington, DC 20036
(202) 234-7300

/s/__________________________________
G. MICHAEL HARVEY (No. 447465)
FERNANDO CAMPOAMOR-SANCHEZ (No. 472824)
Assistant United States Attorneys
National Security Section
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 252-7810
(202) 252-7924

---

[4] Counsel for Mr. Dillon will be in trial in Baltimore beginning on March 9, 2015 but will have Fridays off. He is available March 13 and 27, 2015. The only Friday in March that Mr. Campoamor-Sanchez is available is March 13, 2015. Jill Grant, the primary evaluator, will be leaving Butner at the end of March 2015.